IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02155-RBJ-KLM

MINH PHAM,

    Plaintiff,

v.

MICHAEL AHRENS, Officer, in his official and individual capacity, and
GLENN MAHR, Officer, his official and individual capacity

    Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion for Extension of Time to Respond to Plaintiff's Amended Complaint** [Docket No. 16; Filed December 4, 2012] (the "Motion"). In response, Plaintiff, who is appearing *pro se*, filed a **Motion to Strike the 21-Day Extension of Time to Respond to Plaintiff's Amended Complaint** [#18; Filed December 6, 2012] (the "Motion to Strike").

    Defendants seek a 21-day extension to respond to Plaintiff's Amended Complaint [#6] to further investigate and research the facts and allegations contained therein. [#16] at 2. Defendants explain that no prior extensions of time to answer have been sought and they contend that no party will be prejudiced by the requested extension. *Id.*

    Plaintiff argues in the Motion to Strike that Rule 12 provides sufficient time for Defendants to respond to the Amended Complaint. [#18] at 2. Additionally, Plaintiff argues that Defendants have known the facts surrounding this case for some time given the letters he sent to settle his claims long before he filed a lawsuit. *Id.* Plaintiff contends that an extension will result in additional stress on him based on his medical bills and injuries. *Id.* at 3.

    The Court finds that the Motion satisfies the requirements of D.C.COLO.LCivR 6.1(C-E) and that Defendants have show good cause for an extension. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#16] is **GRANTED**. The deadline for Defendants to answer or otherwise respond to Plaintiff's Amended Complaint [#6] is extended to no later than **December 31, 2012**.

IT IS FURTHER **ORDERED** that the Motion to Strike [#18] is **DENIED**.

Dated:  December 10, 2012