IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02155-RBJ-KLM

MINH PHAM,

    Plaintiff,

v.

MICHAEL AHRENS, Officer, in his official and individual capacity, and
GLENN MAHR, Officer, his official and individual capacity

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Deposition Request to Declare Adverse Witnesses (Motion),** docketed by the Court as a **Motion for Discovery** [Docket No. 28; Filed March 5, 2013], **Plaintiff's Motion to Supply Evidence to "Adverse Witness" Motion**, docketed by the Court as a **Supplement/Amendment to Motion for Discovery** [Docket No. 30; Filed March 7, 2013] (collectively, the "Motion for Discovery") and **Plaintiff's Joinder of Parties and Amendment of Pleadings** [Docket No. 35; Filed March 29, 2013] (the "Motion to Amend").  Defendants filed a **Response to the Motion for Discovery** [Docket No. 33; Filed March 22, 2013].  Plaintiff represents that Defendants object to both motions.[1]

    IT IS HEREBY **ORDERED** that the Motion for Discovery [## 28, 30] is **DENIED without prejudice.**  If Plaintiff, who proceeds in this matter *pro se*, seeks to have certain witnesses declared adverse for purposes of their testimony at trial, the Motion is premature.  Plaintiff may seek such a declaration *at that time* pursuant to Fed. R. Evid. 611(c)(2).  If Plaintiff seeks permission to take the depositions of certain witnesses, the Court notes that its permission is not necessary.  Plaintiff must follow Fed. Rs. Civ. P. 30 and 45 and consult with Defendants' counsel as appropriate to schedule depositions.

    IT IS HEREBY **ORDERED** that the Motion to Amend [#35] is **DENIED without prejudice.**  If Plaintiff, who proceeds in this matter *pro se*, is seeking leave to file a Second Amended Complaint, he must file a motion which complies with the federal and local rules, namely, Fed. R. Civ. P. 15, and which includes the proposed Second Amended Complaint

---

[1] The Court may rule on a pending motion at any time, without awaiting a response. D.C.COLO. LCivR 7.1C.

as a document separate from the motion.  The Court will not permit piecemeal adjudication of Plaintiff's case, thus Plaintiff must include all claims he seeks to bring and defendants he intends to name in the proposed Second Amended Complaint.

Dated:  April 18, 2013