**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-02155-RBJ-KLM

MINH PHAM,

    Plaintiff,

v.

MICHAEL AHRENS, Officer, in his official and individual capacity, and
GLENN MAHR, Officer, in his official and individual capacity, and

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order #[74] by Judge R. Brooke Jackson entered on November 12, 2013 it is

ORDERED the Recommendation of the United States Magistrate Judge [#65] is AFFIRMED and ADOPTED.  It is further

ORDERED that Defendants' Motion for Summary Judgment [#43] is GRANTED. It is further

ORDERED that this civil action and all claims within are dismissed with prejudice. It is further

ORDERED that Defendant(s) MICHAEL AHRENS, Officer, in his official and individual capacity, and Glenn MAHR, Officer, in his official and individual capacity, is **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P.

54(d)(1) and D.C.COLO.LCivR 54.1

Dated at Denver, Colorado this 12th day of November, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Laura Galera

Laura Galera
Deputy Clerk